IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER L. CASTILLO,

    Plaintiff,

v.                                             Case No. 1:23-cv-00841-MLG-DLM

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

**MEMORANDUM OPINION AND ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION TO REMAND**

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 27), the Court hereby reverses the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

[1] The Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.